UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PARKS ALLEN PRATHER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4182-CJB-SS** |
| **TETRA APPLIED TECHNOLOGIES, LP, et al** | |

## ORDER

PLAINTIFF'S MOTION TO COMPEL (Rec. doc. 44)

**GRANTED IN PART AND DISMISSED IN PART AS MOOT**

TETRA'S MOTION TO QUASH (Rec. doc. 46)

**DISMISSED AS MOOT**

SHELL'S MOTION TO QUASH (Rec. doc. 47)

**DISMISSED AS MOOT**

On August 13, 2008, the plaintiff, Parks Allen Prather ("Prather"), filed a complaint under the Jones Act, 46 U.S.C. § 688, and other statutes for damages from personal injuries. Rec. doc. 1. Before the undersigned are the following: (1) Prather's motion to compel discovery from the defendants, Tetra Applied Technologies, LP ("Tetra") and Shell Exploration & Production Company ("Shell"); (2) Tetra's motion to quash Prather's notice of Fed. R. Civ. P. 30(b)(6) deposition; and (3) Shell's motion to quash Prather's notice of Rule 30(b)(6) deposition.

1. <u>Prather's motion to compel</u>.

The deadline for the completion of discovery is September 15, 2009. Rec. doc. 43. Prather's motion to compel was set for submission on September 2, 2009. Tetra and Shell were ordered to

file oppositions by August 31, 2009. Rec. doc. 50. Tetra and Shell did not file any opposition. Prather's motion to compel is deemed unopposed, and it has merit. Accordingly,

**Within seven (7) working days of the entry of this order**, Tetra shall respond fully to interrogatory no. 18 and request for production nos. 1, 3, 4 and 9.

Prather reports that Tetra and Shell agreed to produce their corporate designees for depositions on September 1, 2009. Rec. docs. 55 and 56. The request for the depositions of the corporate designees is moot. Prather requests that the motion to compel be reset in the event the testimony of the corporate designees proves inadequate. If this occurs, Prather will have to file a further motion to compel with a request for expedited consideration.

Prather requests the depositions of Ronald Gum, Travis Bell, Andy Harrison, Randall Brown and Thomas Wagener, and any persons, including David Brown, that Tetra and Shell will offer regarding the seaman status issue. Prather acknowledges that some of these persons may testify as the corporate designees for Tetra and Shell.

**Within three (3) working days of the entry of this order**, the parties shall confer and schedule the depositions of these persons (excluding anyone who testifies as a corporate designee) to take place on or before September 15, 2009.

2.  Tetra's motion to quash.

Tetra requested that: (1) the proposed Rule 30(b)(6) deposition not be held on August 25, 2009; (2) the deposition be held in Lafayette; and (3) Tetra be provided with sufficient time to locate documents sought by Prather. Prather reports that the deposition was rescheduled for September 1, 2009. Tetra's motion to quash will be dismissed as moot.

2

3. Shell's motion to quash.

The issues in Shell's motion to quash are similar to those raised by Tetra. The Rule 30(b)(6) deposition for Shell is set for September 1, 2009. Tetra's motion to quash will be dismissed as moot.

IT IS ORDERED as follows:

1. Prather's motion to compel discovery from Tetra and Shell (Rec. doc. 44) is GRANTED in PART and DISMISSED in PART as MOOT as provided herein.

2. The motions of Tetra and Shell to quash Rule 30(b)(6) deposition notices (Rec. docs. 46 and 47) are DISMISSED as MOOT.

New Orleans, Louisiana, this  1st  day of September, 2009.

**SALLY SHUSHAN**
**United States Magistrate Judge**